United States Bankruptcy Court
Western District of Kentucky

IN RE:                                                                                        Case No. _____
**Calloway, William E & Calloway, Beverly Sue**              Chapter **13**
Debtor(s)

## CHAPTER 13 PLAN

☒ Original   ☐ Amended   Date: **January 8, 2010**.

**YOUR RIGHTS WILL BE AFFECTED.** You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this plan or any motion included below must file a timely written objection. This plan may be confirmed and the motions included below may be granted without further notice or hearing unless written objection is filed before the deadline stated on the separate Notice you should have received from the bankruptcy court. If you have a secured claim, this is notice that your lien may be voided or modified if you do not object to this plan.

**THIS PLAN DOES NOT ALLOW CLAIMS.** You must file a proof of claim to be paid under any plan that may be confirmed.

### 1. PAYMENT AND LENGTH OF PLAN

(a) Debtor shall pay $ **1,690.00** per **month** to the Chapter 13 Trustee starting _____ for approximately **60** months.
    ☒ Debtor will pay directly to the trustee
    ☐ A payroll deduction order will issue to the Debtor's employer:

(b) Joint Debtor shall pay $ **1,690.00** per **month** to the Chapter 13 Trustee starting _____ for approximately **60** months.
    ☒ Joint Debtor will pay directly to the trustee
    ☐ A payroll deduction order will issue to the Joint Debtor's employer:

(c) Other payments to trustee:

(d) Total amount to be paid to Trustee shall be not less than $ **202,800.00**.

### 2. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT)
All allowed priority claims will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount |
|---|---|---|
| **Spalding Law Office** | **Attorney fee** | **2,750.00** |

### 3. SECURED CLAIMS: MOTIONS TO VALUE COLLATERAL AND VOID LIENS UNDER 11 U.S.C. § 506
(a) Debtor moves to value collateral as indicated in the "value" column immediately below. Trustee shall pay allowed secured claims the value indicated or the amount of the claim, whichever is less. The portion of any allowed claim that exceeds the value indicated shall be treated as an unsecured claim. Debtor moves to void the lien of any creditor with "NO VALUE" specified below.

| Creditor | Collateral | Scheduled Debt | Value | Interest Rate | Monthly Payment |
|---|---|---|---|---|---|
| **GE Capital** | **Bobcat T300 w/ Tiller attachment** | **12,000.00** | **12,800.00** | **0.00%** | **387.10** |
| **Jefferson County Clerks Offices** | **10105 Vista Hills Blvd (Rental)** | **2,466.97** | **127,000.00** | **0.00%** | **79.58** |
| **Jefferson County Sheriff's Office** | **10105 Vista Hills Blvd (Rental)** | **1,533.87** | **127,000.00** | **0.00%** | **49.48** |
| **Jefferson County Sheriff's Office** | **10001 Vista Hills Blvd (Personal H** | **1,568.00** | **127,000.00** | **0.00%** | **50.58** |
| **John Deere Credit** | **2003 Caterpillar Highlift** | **25,364.68** | **20,000.00** | **0.00%** | **818.22** |
| **Key Equipment Financing, Inc** | **LLC & 2007 Might 2 Trommel Scre** | **20,000.00** | **20,000.00** | **0.00%** | **645.16** |
| **Kubota Credit Corporat** | **Mower** | **841.00** | **1,000.00** | **0.00%** | **27.13** |
| **National City Mortgage** | **LLC & Accounts receivable & Tool** | **15,005.90** | **201,200.00** | **0.00%** | **484.06** |
| **Old National Bank** | **2003 Ford F150** | **2,132.00** | **3,000.00** | **5.00%** | **73.60** |
| **Spencer County Sheriff** | **2939 Murry Road, Taylorsville KY 4** | **1,793.64** | **35,000.00** | **0.00%** | **57.86** |
| **Toyota Motor Credit** | **2009 Toyota Scion** | **12,812.00** | **13,000.00** | **6.00%** | **448.37** |

(b) Debtor surrenders or abandons the following collateral. Upon confirmation, the stay is lifted as to surrendered or abandoned collateral.

| Creditor | Collateral to be Surrendered or Abandoned |
|---|---|
| **GE Capital** | **Bobcat T190** |
| **Integra Bank NA** | **2003 Rinker 19 FT (Runnabout Boat) w trailer** |

### 4. UNSECURED CLAIMS

**(a) Not Separately Classified**. Allowed non-priority unsecured claims shall be paid:
- ☐ Not less than $ _____ to be distributed pro rata.
- ☒ Not less than **70.00** percent.
- ☐ Other: _____.

**(b) Separately Classified Unsecured Claims**

| Creditor | Basis for Classification | Treatment | Amount |
|---|---|---|---|
| None | | | |

## 5. CURING DEFAULT AND MAINTAINING PAYMENTS

(a) Trustee shall pay allowed claims for arrearages, and Trustee shall pay regular postpetition contract payments to these creditors:

| Creditor | Collateral or Type of Debt | Estimated Interest Rate Arrearage | Monthly Arrearage (arrearage) Payment | Regular Monthly Payment |
|---|---|---|---|---|
| None | | | | |

(b) Trustee shall pay allowed claims for arrearages, and Debtor shall pay regular postpetition contract payments directly to these creditors:

| Creditor | Collateral or Type of Debt | Estimated Interest Rate Arrearage | Monthly Arrearage (arrearage) Payment | Regular Monthly Payment |
|---|---|---|---|---|
| None | | | | |

## 6. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Executory contracts and unexpired leases are assumed or rejected as follows:

| Creditor/Lessor | Property Description | Assume/Reject |
|---|---|---|
| None | | |

## 7. OTHER PLAN PROVISIONS AND MOTIONS

(a) **Motion to Avoid Liens under 11 U.S.C. § 522(f)**. Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Collateral | Amount of Lien to be Avoided |
|---|---|---|
| None | | |

(b) **Lien Retention**. Except as provided above in Section 5, allowed secured claim holders retain liens until:
- ☐ Liens are released at discharge.
- ☒ Liens are released upon payment of allowed secured claim as provided above in Section 3.
- ☐ Liens are released upon completion of all payments under the plan.

(c) **Vesting of Property of the Estate**. Property of the estate shall revest in Debtor:
- ☒ Upon confirmation
- ☐ Upon discharge
- ☐ Other: _____.

(d) **Payment Notices**. Creditors and lessors provided for above in Sections 5 or 6 may continue to mail customary notices or coupons to the Debtor or Trustee notwithstanding the automatic stay.

(e) **Order of Distribution**. Trustee shall pay allowed claims in the following order:
  **Trustee Commissions**
  **Other Administrative Claims**
  **Priority Claims**
  **Secured Claims**
  **General Unsecured Claims**

**(g) The following secured creditors are to be paid directly by the Debtor(s):**

**National City, Suntrust**

**(h) Secured creditors listed in the Chapter 13 Plan ("Plan") as being paid directly outside the Plan are authorized and should continue sending monthly invoices to Debtor. The value of a secured creditor(s)' collateral may increase or decrease based upon the Appraisal provided by the Court's Appraiser.**

**(i) If a Creditor obtaining an Order terminating the automatic stay, no further distributions shall be made to that Creditor until such time as an amended claim for any deficiency is filed and allowed. Any allowed claim for a deficiency shall be treated as a general unsecured claim. Deficiency Proof of Claim(s): Following the Allowance of a deficiency claim arising from the disposition of secured collateral, (See Local Rule 3001-1(c)(2)), and if a Supplemental Schedule of Allowed Claims is not timely filed by the Debtor(s)' counsel, the claimant Creditor shall have 60-days, following the Allowance of its claim, in which to file.**

**(j) The Lien of a creditor holding a Judicial Lien or non-possessory non-purchase money security interest encumbering property of any kind specified in 11 USC 522(f)(2)(A), (B), or (C) shall be avoided, unless creditor files a timely objection to confirmation of the Plan and the Court, after hearing the objection, finds Debtor may not avoid the Lien or non-purchase money security interest of creditor under 11 USC 522(f). Upon confirmation of the Plan, the property encumbered by the Lien or non-purchase money security interest of creditor shall vest in Debtor free and clear of any claim or interest of creditor as provided by 11 USC 1327 and the claim of a creditor who files may be allowed as an unsecured claim and paid equally with other allowed unsecured claims.**

**(k) The Trustee is authorized to for the duration of the Plan (if needed) to pay allowed expenses/claims according to Plan terms.**

Dated: **January 8, 2010**     */s/ William E Calloway*
Signature of Debtor

*/s/ Stewart R. Spalding*     */s/ Beverly Sue Calloway*
Signature of Attorney     Signature of Spouse (if applicable)